# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:20-cv-57

MATTHEW DILLARD, Administrator of
the Estate of Melissa Rice,

              Plaintiff,

    v.

CHIP HALL, in his official capacity as
Sheriff of Jackson County, WESTERN
SURETY COMPANY, surety for the
Sheriff, JOHN BUCHANAN, in his
official and individual capacity, RIDGE
PARRIS in his official and individual
capacity, STEPHEN WATSON, in his
official and individual capacity, ANIYAH
McMULLEN, in her official and
individual capacity, EMILY
COUVILLON, in her official and
individual capacity, SHONDRA
COLLINI, in her official and individual
capacity, SHEILA AKINS, in her official
and individual capacity, JUSTIN
NICHOLSON, in his official and
individual capacity, KAYLA ELLIOTT, in
her official and individual capacity,
KAITLYN BRADLEY, in her official and
individual capacity,

              Defendants.

**STIPULATION OF DISMISSAL**

NOW COMES the Plaintiff, by and through his attorney, pursuant to Rule 41(A) of the

Federal Rules of Civil Procedure and stipulates to the dismissal with prejudice of the Plaintiff's

Complaint against Defendant Western Surety Company only. This dismissal shall not affect the

claims against the remaining Defendants.

This the 10<sup>h</sup> day of November, 2020.

/s/ Thomas F. Ramer
Thomas F. Ramer, NC State Bar # 12650
*Attorney for Plaintiff*
GANLY & RAMER, PLLC
61 N. Market Street
Asheville, NC 2880
Telephone: 828-252-4491
Fax: 828-252-9508
tom@ganlyramer.com
jsprinkle@ganlyramer.com

/s/ Patrick H. Flanagan
Patrick H. Flanagan, NC State Bar # 17407
Jake Stewart, NC State Bar #51157
*Attorney for Defendants*
CRANFILL SUMNER & HARTZOG LLP
P.O. Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
phf@cshlaw.com
jstewart@cshlaw.com

/s/ William E. Freeman
William E. Freeman, NC Bar # 9227
Jonathan Whitfield Gibson, NC Bar # 41261
MANNING FULTON & SKINNER, P.A.
280 South Mangum Street, Suite 130
Durham, NC 27701
Telephone: (919) 787-8880
Fax: (919) 325-4653
freeman@manningfulton.com
gibson@manningfulton.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 9 November 2020, I electronically filed the foregoing ***Stipulation of Dismissal*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

William E. Freeman
freeman@manningfulton.com

Jonathan Whitfield Gibson
gibson@manningfulton.com

Patrick H. Flanagan
phf@cshlaw.com

Jake Stewart
jstewart@cshlaw.com

/s/ Thomas F. Ramer
Thomas F. Ramer
N.C. State Bar #: 12650
Ganly & Ramer, P.L.L.C.
61 North Market Street
Asheville, North Carolina 28801
828-252-4491