IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO: 1:20-cv-00057

| | |
|---|---|
| MATTHEW DILLARD, Administrator of the Estate of Melissa Rice,<br>                Plaintiff,<br>v.<br>CHIP HALL, in his official capacity as Sheriff of Jackson County; Et. Al.,<br>                Defendants, | REPORT OF MEDIATOR |

    I hereby certify that the parties held an Alternate Dispute Resolution session on September 8, 2021:

    The ADR session was:

| | |
|---|---|
| X | Mediation Session |
| ____ | Early Neutral Evaluation |
| ____ | Session Settlement Officer |
| ____ | Other (Describe type of session) |

    The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

| | |
|---|---|
| X | All individual parties and their counsel |
| ____ | Designation corporate representatives |
| ____ | Required claims professionals |
| ____ | Other (Describe): |

    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:   ALL APPEARED

The outcome of the ADR session was:

**X**	**The case has been completely settled.** Counsel will promptly notify the Court of settlement by the filing of a settlement agreement signed by the parties within ten (10) days of filing this report.

\_\_\_\_\_	**The case has been partially resolved.** Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall contain a brief summary of the issues which remain for the Court to resolve.

\_\_\_\_\_	**The Mediation Process could benefit from a second session.** The Parties made significant progress during the mediation session and, subject to the Court's approval, a second session might be beneficial in resolving this matter.

\_\_\_\_\_	**The Parties have reached an impasse.**

I certify that the above is a true and accurate account of the result of the ADR process and that all parties of record have received a copy of this report.

THIS the 9th day of September, 2021.

s/ W.O. Brazil III
W.O Brazil, III, Bar No. 16568
BRAZIL & BURKE, P.A.
77 Central Avenue, Suite E
Asheville, NC 28801
828-255-5400 (office)
bill@brazilburkelaw.com

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has this date served by the Report of Mediator in the above-entitled action upon all parties to this cause by using the CM/ECF system which will send such notification of such filing to the following:

| Plaintiff Attorney: | Defendant's Attorney: |
|---|---|
| Tom Ramer | Patrick Flanagan |
| tom@ganlyramer.com | phf@cshlaw.com |

THIS the 9th day of September, 2021

By: Patrick Flanagan via CM/ECF

For:
s/ W.O. Brazil III
W.O Brazil, III,
Bar No. 16568
BRAZIL & BURKE, P.A.
77 Central Avenue, Suite E
Asheville, North Carolina 28801
Telephone 828-255-5400
Email bill@brazilburkelaw.com