THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00057-MR-WCM

| | |
|---|---|
| MATTHEW DILLARD, Administrator )<br>of the Estate of Melissa Rice, )<br>          )<br>          Plaintiff,     )<br>          )<br>     vs.         )<br>          )<br>CHIP HALL, in his official capacity  )<br>as Sheriff of Jackson County, et al.,  )<br>          )<br>          Defendants.   )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Consent Motion for Extension of Time to File Stipulation of Dismissal [Doc. 63].

This matter is currently scheduled for trial during the Court's November 8, 2021 trial term. On September 9, 2021, the parties filed a Report of Mediation, advising that they had resolved this matter. [Doc. 60]. The Court gave the parties 30 days, or until October 12, 2021, to file a stipulation of dismissal. Two weeks after that deadline passed, the parties filed the present motion seeking an extension of time, until November 12, 2021, to file their stipulation. [Doc. 63].

For cause shown, the parties' motion will be granted in part. The parties shall have until noon on Friday, November 5, 2021 to file their

stipulation of dismissal. Should the parties be unable to finalize their settlement by that time, the parties alternatively may file, under seal, the terms of their settlement agreement. Such terms should be set forth in sufficient detail so as to allow for enforcement of the settlement agreement by the Court. If such agreement is filed, the Court will then remove this matter from the trial calendar, the parties will not be required to appear on November 8th for trial. In the event that the parties file their settlement agreement, the parties will then have seven (7) days from such filing to file their stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion for Extension of Time to File Stipulation of Dismissal [Doc 63] is **GRANTED**, and the parties shall have until **12:00 p.m. on Friday, November 5, 2021** to file a stipulation of dismissal or, alternatively, the terms of their settlement agreement as specified in this Order.

**IT IS SO ORDERED.**

Signed: October 28, 2021

Martin Reidinger
Chief United States District Judge