# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:20 cv 57

| | |
|---|---|
| MATTHEW DILLARD, Administrator of the Estate of Melissa Rice, <br><br> Plaintiff, <br><br> v. <br><br> CHIP HALL, in his official capacity as Sheriff of Jackson County, JOHN BUCHANAN, in his official and individual capacity, RIDGE PARRIS in his official and individual capacity, STEPHEN WATSON, in his official and individual capacity, ANIYAH McMULLEN, in her official and individual capacity, EMILY COUVILLON, in her official and individual capacity, SHONDRA COLLINI, in her official and individual capacity, SHEILA AKINS, in her official and individual capacity, JUSTIN NICHOLSON, in his official and individual capacity, KAYLA ELLIOTT, in her official and individual capacity, KAITLYN BRADLEY, in her official and individual capacity, <br><br> Defendants. | **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of this action with prejudice. Each party shall bear their own costs and fees.

This the 1st day of November, 2021.

/s/ Jake W. Stewart
Jake W. Stewart, NC State Bar # 51157
Patrick H. Flanagan, NC State Bar # 17407
*Attorneys for Defendants*
CRANFILL SUMNER LLP
P.O. Box 30787
Charlotte, NC 28230
Telephone: (704) 940-3441
Facsimile: (704) 332-9994
jstewart@cshlaw.com

/s/ Thomas F. Ramer
Thomas F. Ramer, NC State Bar # 12650
*Attorney for Plaintiff*
GANLY & RAMER, PLLC
61 N. Market Street
Asheville, NC 2880
Telephone: 828-252-4491
Fax: 828-252-9508
jsprinkle@ganlyramer.com